**2004 ME 92**

**Sandra AUSTIN**

v.

**Barbara COSTANTINO et al.**

Supreme Judicial Court of Maine.

Submitted on Briefs: June 24, 2004.

Decided: July 23, 2004.

David W. Austin, Rumford, for plaintiff.

James L. Audiffred, Saco, for defendants.

Panel: SAUFLEY, C.J., and CLIFFORD, RUDMAN, DANA, ALEXANDER, CALKINS, and LEVY, JJ.

PER CURIAM.

[¶ 1] Barbara and Donald Costantino appeal from a judgment of the Superior Court (York County, *Fritzsche, J.*) granting Sandra Austin an enlargement of time to complete a settlement agreement. Because a final judgment must "adjudicate the respective rights, duties, and liabilities of the various parties," *Murphy v. Maddaus*, 2002 ME 24, ¶ 12, 789 A.2d 1281, 1284 (internal quotations omitted), there has been no final judgment, and we dismiss the Costantinos' appeal as interlocutory.

The entry is:

Appeal dismissed.